# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 04-1516-CAS |
| Plaintiff, ) | |
| v. ) | REVOCATION OF SUPERVISED |
| ) | RELEASE AND JUDGMENT |
| MICHAEL ANDRE JAMES, ) | |
| Defendant. ) | |
| _____ ) | |

On March 21, 2012, January 7, 2013 and February 4, 2013, this matter came before the Court on Petition on Probation and Supervised Release originally filed on March 20, 2012. Government counsel, Alka Sagar, the defendant and his appointed CJA attorney, John Robertson, were present. The U.S. Probation Officer, Helene Hickman, was also present.

The defendant changed his denial to allegation 2. Based on the submissions by the Government, the Court found defendant in violation of his supervised release as to allegations 1 and 3

The defendant admits violation of his supervised release, as to allegation 2, and the Court finds defendant in violation of his supervised release as to allegations 1 and 3, as stated in the Petition filed on March 20, 2013. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on July 24, 2008 and November 16, 2010.

| | |
|---|---|
| 1 | IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's |
| 2 | supervised release is hereby revoked. The defendant is hereby committed to the custody of |
| 3 | the Bureau of Prisons for a period of thirty-three (33) months, to be served consecutive to |
| 4 | defendant's State sentence, with no supervision to follow. The Court hereby recommends |
| 5 | that defendant serve some portion of his State sentence in Federal prison and that defendant's |
| 6 | Federal sentence shall commence on the date this Court's Judgment is entered. |
| 7 | IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States |
| 8 | Marshal or other qualified officer and that said copy shall serve as the commitment of |
| 9 | defendant. |

FILE/DATED: February 5, 2013

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang, Deputy Clerk